| | |
|---|---|
| 1 | MIGUEL MÁRQUEZ, County Counsel (S.B. #184621) |
| | GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California  95110-1770 |
| | Telephone:  (408) 299-5900 |
| 4 | Facsimile:  (408) 292-7240 |
| 5 | Attorneys for Defendants |
| | COUNTY OF SANTA CLARA and |
| 6 | SAMY TARAZI |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

ROBERT DOYLE,  )   No.   C11-02260 EJD
                )
     Plaintiff, )   STIPULATION AND [PROPOSED] ORDER
                )   SELECTING ADR PROCESS
     v.         )
                )
SANTA CLARA COUNTY; SAMY )
TARAZI; and DOES 1-10,   )
                )
     Defendants. )
                )

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5;

    The parties agree to participate in Court-Sponsored Mediation with the Honorable Rebecca Westerfield (Ret.), and the mediation will take place within six months following the initial case management conference.

/ /

/ /

/ /

/ /

/ /

/ /

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

MIGUEL MÁRQUEZ
County Counsel

Dated: August 24, 2011         By:         /S/
                                    GREGORY J. SEBASTINELLI
                                    Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA and
SAMY TARAZI


Dated: August 24, 2011         By:         /S/
                                    MARK MARTEL, ESQ.

Attorney for Plaintiff
ROBERT DOYLE

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Court-Sponsored Mediation with the Honorable Rebecca Westerfield (Ret.). The deadline by which to complete this ADR Session is March 2, 2012.

IT IS SO ORDERED.

Date: August 24, 2011

EDWARD J. DAVILA
United States District Court Judge

447490.wpd