MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA
and SAMY TARAZI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DOYLE,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY; SAMY TARAZI; and DOES 1-10,<br><br>    Defendants. | No. C11-02260 EJD<br><br>**STIPULATION AND ORDER FOR PHYSICAL EXAMINATION**<br>**(FRCP Rule 35)**<br><br>[Re: Docket No. 20] |

The parties hereby stipulate and agree to an order requiring Plaintiff, Robert Doyle, to appear on February 2, 2012, at 10:00 a.m., at 14601 S. Bascom Avenue, Ste. 200, Los Gatos, California, telephone: (408) 356-0464, for a physical examination to be conducted by Ronald Joseph, M.D., Ph.D., an orthopedic surgeon.

Further, at the time of this physical examination Plaintiff shall answer all proper questions submitted to him by the examiner for the purpose of making a proper diagnosis of Plaintiff's condition and to determine the nature of Plaintiff's injuries and residuals, including questions related to medical and occupational history, past and present.  Special attention will be placed on the areas of concern as indicated by Plaintiff during the course of this examination and from Dr. Joseph's review of the available medical records.

/ /

1   Further, Plaintiff understands and agrees that failure to keep this appointment may
2   prejudice his case and he may be held liable for any costs incurred, including appointment
3   cancellation charges, if he is unable to make the appointment and the physician's office is not
4   notified within 72 hours before the scheduled appointment. Defendants County of Santa Clara
5   and Samy Tarazi agree to bear the costs of this examination without prejudice to their right to
6   seek recovery of such costs should they prevail in this case.
7   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
8   "conformed" signature (/S/) within this efiled document.

MIGUEL MÁRQUEZ
County Counsel

Dated: December 6, 2011        By:    _____/S/_____
                                      GREGORY J. SEBASTINELLI
                                      Deputy County Counsel

                                      Attorneys for Defendants
                                      COUNTY OF SANTA CLARA AND
                                      SAMY TARAZI


Dated: December 6, 2011        By:    _____/S/_____
                                      MARK MARTEL, ESQ.

                                      Attorneys for Plaintiff
                                      ROBERT DOYLE


**ORDER**

IT IS SO ORDERED:

Dated: January 3, 2012                 _____
                                       HOWARD R. LLOYD
                                       United States Magistrate Judge

503618.wpd