IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DOYLE,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTA CLARA COUNTY, ET AL.,<br><br>    Defendant.                             / | No. C 11-02260 EJD<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

Based on the Certification of Mediation filed by the mediator on **May 22, 2012** (See Docket Item No. 28), the Court orders the parties to appear before the Honorable Edward J. Davila on **August 31, 2012 at 9:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or before **August 21, 2012**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **August 21, 2012.**

All other pretrial deadlines and hearing dates are vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated:  May 22, 2012

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE